## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 19−32076
                                                Chapter 13
Nathaniel Harvest ,

    Debtor.

## NOTICE OF FILING FEES DUE

    A review of the court's financial records showed that there is an outstanding filing fee of $310.00 due for the above−referenced bankruptcy case filed on July 26, 2019. Upon the filing of a bankruptcy case, the debtor is responsible for paying the entire filing fee, regardless of the disposition of the case. Pursuant to Rule 1006, Federal Rules of Bankruptcy Procedure, the outstanding balance on the filing fee remains due to the court.

    Please pay the outstanding balance with a money order or cashier's check. We do not accept cash. The case number should be written on the payment. The payee on the money order or cashier's check should be the U.S. Bankruptcy Court. Failure to pay filing fees will result in additional collection proceedings. Please send payments to the following address:

    U.S. Bankruptcy Court
    One Church Street
    Montgomery, AL 36104

    If you have questions, please contact the financial administrator at (334) 954−3872.

Dated December 30, 2019

Juan−Carlos Guerrero
Clerk of Court

# United States Bankruptcy Court
## Middle District of Alabama

In re:  
Nathaniel Harvest  
     Debtor

Case No. 19-32076-WRS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2    User: msimonds    Page 1 of 1    Date Rcvd: Dec 30, 2019  
Form ID: nffdue    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db      #+Nathaniel Harvest,    1401 Arron Street, Apt L21,    Montgomery, AL 36104-7325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
     Bankruptcy Administrator    ba@almb.uscourts.gov  
     Larry E. Darby, Esq    on behalf of Creditor    Morrow Realty Co. DBA Lanier Place LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com  
     Larry E. Darby, Esq    on behalf of Creditor    Summit Heritage View, LTD LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com  
     Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com  
     Richard D. Shinbaum    on behalf of Debtor Nathaniel Harvest rshinbaum@smclegal.com, scarter@smclegal.com;tbramlett@smclegal.com;shinbaumrr52086@notify.bestcase.com  
     Sabrina L. McKinney    trustees_office@ch13mdal.com  
                                                 TOTAL: 6